**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

SHARELLE C.N.,

Plaintiff,

25 **CIVIL** 6300 (GRJ)

-against-

**JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated September 2, 2026, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 17) is DENIED; the Commissioner is GRANTED Judgment on the Pleadings; and this case is DISMISSED. Accordingly, this case is closed.

**Dated:** New York, New York

September 8, 2026

**TAMMI M. HELLWIG**

______________________________

**Clerk of Court**

**BY:**

______________________________

**Deputy Clerk**